UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIRGINIA G. HUDGINS, individually, )<br>and as next friend for )<br>SETH NEAL HUDGINS, a minor, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>UNUM PROVIDENT CORPORATION, )<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, and CONSTANCE )<br>HUDGINS, )<br>  )<br>Defendants. ) | NO. 3:04-992<br>Judge Campbell |

ORDER

Pending before the Court are cross-motions for summary judgment filed by Plaintiff Virginia G. Hudgins and Defendant Constance Hudgins (Docket Nos. 34 and 39). For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion (Docket No. 34) is GRANTED. Defendant's Motion (Docket No. 39) is DENIED. Plaintiff is awarded $100,000.00 of the insurance death benefits that were placed in the Registry of the Court, to be held in trust by her and utilized for the benefit of Seth Neal Hudgins.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE